# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KEVIN BRIAN LYNCH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1145

[August 1, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feur, Judge; L.T. Case Nos. 14CF001090AMB, 14CF008529AMB, 14CF008584BMB, 14CF008590AMB, 14CF008595AMB & 14CF008603AMB.

Carey Haughwout, Public Defender, and Erika Follmer, Assistant Public Defender, West Palm Beach, for appellant.

No Appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***